**Frankie L. McCOY, Sr.,**
**Plaintiff–Appellant,**

v.

**Richard B. ROSENBLATT, Secretary Treatment Service; Walter Wirsching, Director Inmate Health Care; Mimose Dazouloute, Health Care Manager, Each Defendant sued Individual and Official Capacity; William L. Williams; Jack J. Chagway; Prison Health Service, Incorporated; Jonessa Milken; Jean L. Byassee; Derje Tesfaye; Adel Gashe; Getachen Tefferra,**

MD; Sedly Yohannes, MD; Abraham Gede Michael; Mary Rolles; Cynthia Sinclain; Peggy Bonovich, Defendants–Appellees,

and

Kevin Hoy, MD, Defendant.

No. 08–6440.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 22, 2008.

Frankie L. McCoy, Sr., Appellant Pro Se. Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland; Thomas Patrick Turgeon, Adelman, Sheff & Smith, LLC, Annapolis, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCoy v. Rosenblatt,* No. 1:05–cv–00480–WDQ (D.Md. Mar. 17, 2008). We deny McCoy's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*